Jeffrey A. Springer
Jason C. Astle
Springer & Steinberg P.C.
1600 Broadway, Suite 1200
Denver CO 80202
Phone: 303-861-2800
*Pro Hac Vice*

John Lopez
Harland Law Firm
622 H. Street
Eureka, CA 95501
Phone: 707-444-9281

Gary Levin
Gary Levin & Associates, PC
555 Zang Street, Suite 100
Lakewood, CO 80228
Phone: 303-284-7714
*Pro Hac Vice*

Attorneys for Plaintiffs
MIRANDA DAIRY and
GRAND CANYON DAIRY, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA-MCKINLEYVILLE DIVISION**

| | |
|---|---|
| MIRANDA DAIRY, a California Partnership; and GRAND CANYON DAIRY, LLC, a Texas Limited Liability Company, and;<br><br>    Plaintiffs,<br><br>    vs.<br><br>HARRY SHELTON LIVESTOCK, LLC, a Tennessee Limited Liability Company, and HARRY SHELTON, individually.<br><br>    Defendants. | Case Number: 1-18-cv-06357 RMI<br><br>**STIPULATION REQUESTING CONTINUANCE OF HEARING ON MOTION TO DISMISS** |

WHEREAS, on November 14, 2018 Defendants' Counsel filed Defendants First Motion to Dismiss and identified hearing of aforesaid motion to be held on January 8, 2019 at 10.00 a.m. at the Eureka courthouse; and

WHEREAS, Lead Counsel with respect to the Motion to dismiss, Jason Astle, as well as co-counsel Jeffrey Springer have an evidentiary hearing scheduled for January 8, 2019, in Colorado State court (Arapahoe County District Court case number 2014CV31980), and Jason Astle has an evidentiary hearing in Weld County Probate Court in Colorado (case number 18PR30754) on January 9, 2019, and Jason Astle has a 4-day Jury Trial scheduled to commence on January 22, 2019 (Jefferson County District Court, Colorado case number 18CV30163), Lead Counsel for Plaintiffs is not available to appear in person on January 8, 2019, before this court.

WHEREAS, opposing counsel has agreed to a stipulated continuance of the hearing date;

THEREFORE, it is hereby jointly stipulated by all parties that the currently set date of January 8, 2019, at 10:00 a.m. in the Eureka courthouse, for the hearing on Defendants' First Motion to Dismiss pursuant to F.R.C.P. 12(b)(2), (6) be continued to Tuesday, January 29, 2019 at 10:00 a.m. in the Eureka courthouse.

IT IS SO STIPULATED,

Date: December 10, 2018         SPRINGER & STEINBERG, P.C.

                                 */s/ Jason C. Astle*
                                 Jason C. Astle

                                 Jeffrey A. Springer
                                 *Appearance Pro Hac Vice*
                                 *Attorneys for Plaintiffs*

| | |
|---|---|
| Date: December 10, 2018 | MAIRE & DEEDON |
| | /s/ Wayne H. Maire |
| | Wayne H. Maire |
| | *Attorneys for Defendants* |

PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the currently set date of January 8, 2019, at 10:00 a.m. in the Eureka courthouse for the hearing on Defendants' First Motion to Dismiss be continued three weeks to Tuesday, January 29, 2019, at 10:00 a.m. in the Eureka courthouse.

IT IS SO ORDERED

Dated: December 11, 2018

_____
HONORABLE ROBERT M.. ILLMAN
United States Magistrate Judge