UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MIRANDA DAIRY, et al., <br> Plaintiffs, <br> v. <br> HARRY SHELTON LIVESTOCK, LLC, et al., <br> Defendants. | Case No. 18-cv-06357-RMI <br><br> **ORDER RE: DISCOVERY DISPUTE** <br> Re: Dkt. No. 127 |

Now pending before the court is a unilaterally-filed discovery dispute letter brief through which Defendants describe Plaintiffs' reported refusal to meet and confer in good faith about a difference of opinion as to the proper scope and limits of a certain subpoena that Plaintiffs have served on Defendants' accountancy firm. *See generally* Ltr. Br. (dkt. 127). By way of proposed solution for this impasse, Defendants note one fact (that a protective order has been entered in this case) while requesting one of two alternative proposals: (1) that the court schedule a conference call; or, (2) that the court establish an alternative procedure. *See* Pickering Decl. (dkt. 127-1) at 4-5. Defendants add that they "have attempted to meet and confer with Plaintiffs' counsel as to this issue, but those overtures have been rejected." *Id.* at 4.

Because Defendants' proposed alternative procedure is suitable, and indeed preferable, the request for a telephone conference is **DENIED**. The court will first admonish the Parties not to reject one another's overtures with respect to this court's requirement to meet and confer in good faith such as to resolve simple disputes without court intervention. That said, and pursuant to Defendants' proposal, Defendants shall forthwith produce those documents that are responsive to the subpoena and which are not the subject of any objections. As for documents, or portions

thereof, that are subject to objections, Defendants shall produce redacted documents where possible, or shall withhold the documents if necessary, and the redactions and withheld documents shall be attended with the service of a privilege log relating to the redactions and withheld documents. Once this process is complete, the parties are **ORDERED** to meet and confer and to exert a good faith effort to narrow or resolve any disputes pertaining to any issues stemming from the redactions, the withholding of documents, Defendants' assertions of privilege, and so on. Thereafter, if any disputes remain, the Parties are directed to present those narrowed and refined disputes in the form of a jointly-filed letter brief that complies with the pertinent provisions set forth in the General Standing Order of the undersigned.

**IT IS SO ORDERED.**

Dated: July 9, 2021

ROBERT M. ILLMAN
United States Magistrate Judge